**| Respond to Selected Documents**

**Sort Date Entries: Descending Ascending**

**Display Options:** All Entries

**09/23/2025**

**Affidavit Special Process Serv**
ROS Defendant Costco Wholesale Corporation.
**Filed By:** CHRISTOPHER STEPHEN SARACINO
**On Behalf Of:** JANET SENDLEIN

**Corporation Served**
Document ID - 25-SMCC-2550; Served To - COSTCO WHOLESALE CORPORATION; Served Date - 09/18/2025; Served Time - 10:51:00; Service Type - SP; Reason Description - SERV; Service Text -

**09/15/2025**

**Summons Issued-Circuit**
Document ID: 25-SMCC-2550, for COSTCO WHOLESALE CORPORATION SUMMONS SAVED AND ATTACHED IN PDF FORM FOR ATTORNEY TO RETRIEVE FROM SECURE CASE.NET.

**09/12/2025**

**Summ Req-Circuit Pers Serv**
Request for Summons Defendant Costco Wholesale Corporation.
**Filed By:** CHRISTOPHER STEPHEN SARACINO
**On Behalf Of:** JANET SENDLEIN

**09/11/2025**

**Judge/Clerk - Note**
NO SUMMONS ISSUED PER HOLD SERVICE REQUEST IN PETITION. CMC

**Order - Special Process Server**
ORDER FOR APPOINTMENT OF SPECIAL PROCESS SERVER
**Associated Entries: 09/09/2025 -**
**Motion Special Process Server**
**+**

**09/09/2025**

**Filing Info Sheet eFiling**

**Filed By:** CHRISTOPHER STEPHEN SARACINO

**Note to Clerk eFiling**

**Filed By:** CHRISTOPHER STEPHEN SARACINO

**Affidavit Filed**
Special Process Server Affidavit - Dave Conder.
**Filed By:** CHRISTOPHER STEPHEN SARACINO
**On Behalf Of:** JANET SENDLEIN

**Motion Special Process Server**
Request for Special Process Server.
**Filed By:** CHRISTOPHER STEPHEN SARACINO
**On Behalf Of:** JANET SENDLEIN
**Associated Entries: 09/11/2025 -**
**Order - Special Process Server**
**+**

**Pet Filed in Circuit Ct**
Petition.
**Filed By:** CHRISTOPHER STEPHEN SARACINO
**On Behalf Of:** JANET SENDLEIN

2511-CC01250

Electronically Filed - St Charles Circuit Div - September 09, 2025 - 03:14 PM

IN THE CIRCUIT COURT OF ST. CHARLES COUNTY
STATE OF MISSOURI

| | | |
|---|---|---|
| JANET SENDLEIN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Cause No. |
| v. | ) | |
| | ) | |
| COSTCO WHOLESALE CORPORATION, | ) | |
| | ) | **JURY TRIAL DEMANDED** |
| Serve Registered Agent at: | ) | |
| | ) | |
| **CT Corporation System** | ) | |
| **120 South Central Avenue** | ) | |
| **Clayton, Missouri 63105** | ) | |
| | ) | |
| John Doe | ) | |
| | ) | |
| **Serve: Hold Service** | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

**PETITION FOR DAMAGES**

COMES NOW, Plaintiff, Janet Sendlein, by and through undersigned counsel, and for her Petition of Damages against Defendant, Costco Wholesale Corporation, states as follows:

**PARTIES, VENUE, AND JURSIDICTION**

1. Plaintiff Janet Sendlein was, at all relevant times, a resident of the State of Missouri.
2. Plaintiff John Doe was, at all relevant times, a resident of the State of Missouri.
3. Defendant Costco Wholesale Corporation ("Costco"), at all relevant times, is a foreign corporation that is in good standing licensed to do business in Missouri with a registered agent for the receipt of service of process located at 120 South Central Avenue, St. Louis County, State of Missouri.

Electronically Filed - St Charles Circuit Div - September 09, 2025 - 03:14 PM

4. This Court has jurisdiction over this matter pursuant to Article V, Section 14 of the Missouri Constitution and RSMo. § 478.070, which grants Missouri Circuit Courts original jurisdiction over all civil cases and matters.

5. Venue is proper in St. Charles County, State of Missouri, because the acts and injuries complained of in the Plaintiff's Petition first occurred and arise out of events occurring in St. Charles County, State of Missouri.

## COUNT I: PREMISES LIABILITY

6. Plaintiff incorporates and realleges paragraphs 1-5 above.

7. At all relevant times, Defendant Costco owned, operated, managed and/or controlled the wholesale store located at 200 Costco Way St. Charles County, Missouri 63376.

8. On or about December 10, 2023, at approximately 5:45 p.m., Plaintiff, after shopping at the wholesale store located at 200 Costco Way St. Charles County, Missouri 63376, and returning to her vehicle in which she originally arrived in, at said location she originally parked, fell over a parking block in the disabled person's parking spots.

9. At the above-mentioned time and place, Plaintiff was a business invitee and patron of the Costco store located at 200 Costco Way St. Charles County, Missouri 63376.

10. At the above-mentioned time and place, the sun had already set for the day, and the only source of lighting for the parking lot came from light poles that were no closer than 25 feet from Plaintiff's motor vehicle.

11. The light generated by these poles was wholly inadequate such that Plaintiff was unable to see the parking block over which she fell.

12. Moreover, the lack of proper lighting was compounded by the fact that the parking block was the same or similar color as the parking surface, and was not painted a bright color

Electronically Filed - St Charles Circuit Div - September 09, 2025 - 03:14 PM

and/or have attached to it light-reflective material unlike parking blocks found in many other parking lots.

13. Additionally, at the above-mentioned time and place, parking blocks were only found in the disabled persons' parking spots, in the parking lot identified above, which led to a higher probability that only disabled persons would park in the parking spots containing said parking blocks.

14. At the above-mentioned time and place, Defendant Costco owed a duty to Plaintiff and other disabled persons to exercise ordinary care to maintain its premises, which included the parking lot immediately outside of the wholesale store, in a reasonably safe condition.

15. Contrary to and in violation of said duty, Defendant Costco was negligent and careless in the maintenance of its premises, including the parking lot immediately outside of their store located at 200 Costco Way St. Charles County, Missouri 63376 by:

    a. failing to provide adequate lighting such that Plaintiff could see the parking blocks contained in the disabled persons' parking spots;

    b. failing to warn or attempting to warn of the exercise of said parking blocks by failing to paint said blocks an obvious and significantly different color than the parking lot surface itself;

    c. failing to warn or attempting to warn of the existence of said parking blocks by failing to install light-reflective material on the sides and/or ends said blocks;

    d. failing to barricade or block Plaintiff from said parking block; and

    e. Failing to remedy the dangerous condition on said parking block.

16. As a direct and proximate result of Defendant Costco's carelessness and negligence as detailed above, the parking lot on the premises located at 200 Costco Way St. Charles

Electronically Filed - St Charles Circuit Div - September 09, 2025 - 03:14 PM

County, Missouri 63376 that Defendant Costco owned, operated, managed and/or controlled was not reasonably safe.

17. As a direct and proximate result of Defendant Costco's carelessness and negligence as detailed above, Plaintiff was injured and damaged; Plaintiff sustained injuries to her left leg, left pelvis and left hip, which includes but is not limited to a broken femur bone in which surgery was required; Plaintiff required medical treatment and will require treatment in the future; Plaintiff's ability to enjoy life has been and will be impaired, all to her detriment and damage.

18. As a direct and proximate result of Defendant Costco's carelessness and negligence, Plaintiff incurred treatment expenses in an amount not yet determined and will incur treatment expenses in the future.

**WHEREFORE,** for having shown good cause, Plaintiff prays this Court enter judgment against Defendant Costco in an amount that is fair and reasonable under the circumstances in excess of Twenty-Five Thousand Dollars ($25,000.00), plus costs, interest, attorney's fees and for such other and further relief as this Court deems reasonable and proper.

## COUNT II: NEGLIGENCE

19. Plaintiff incorporates and realleges paragraphs 1-18 above.

20. At all relevant times, Defendant Costco owned, operated, managed and/or controlled the wholesale store located at 200 Costco Way St. Charles County, Missouri 63376.

21. At all relevant times, Defendant John Doe was employee, agent and/or servant with Defendant Costco.

22. At the above-mentioned time and place, Defendant John Doe was assisting Plaintiff at her vehicle and loading her vehicle after Plaintiff purchased items from Defendant Costco.

Electronically Filed - St Charles Circuit Div - September 09, 2025 - 03:14 PM

23. At the above-mentioned time and place, Defendant John Doe knew or could of known of the dangerous conditions presented by the inadequate lighting, existence of the inconspicuous and dangerous parking block.
24. At all relevant times, Defendant John Doe had a duty warn Plaintiff of the existence of the inadequate lighting and existence of the inconspicuous and dangerous parking block.
25. At all relevant times, Defendant John Doe had a duty to barricade Plaintiff from the existence of the inadequate lighting and existence of the inconspicuous and dangerous parking block.
26. At all relevant times, Defendant John Doe had a duty to remedy the dangers condition of the said parking block.
27. At all relevant times, Defendant John Doe was negligent and careless in that he failed to warn, barricade or remedy the dangerous conditions of inadequate lighting and the inconspicuous parking lot.
28. As a direct and proximate result of Defendant Costco's carelessness and negligence as detailed above, the parking lot on the premises located at 200 Costco Way St. Charles County, Missouri 63376 that Defendant Costco owned, operated, managed and/or controlled was not reasonably safe.
29. As a direct and proximate result of Defendant Costco's carelessness and negligence as detailed above, Plaintiff was injured and damaged; Plaintiff sustained injuries to her left leg, left pelvis and left hip, which includes but is not limited to a broken femur bone in which surgery was required; Plaintiff required medical treatment and will require treatment in the future; Plaintiff's ability to enjoy life has been and will be impaired, all to her detriment and damage.

Electronically Filed - St Charles Circuit Div - September 09, 2025 - 03:14 PM

30. As a direct and proximate result of Defendant Costco's carelessness and negligence, Plaintiff incurred treatment expenses in an amount not yet determined and will incur treatment expenses in the future.

**WHEREFORE,** for having shown good cause, Plaintiff prays this Court enter judgment against Defendant Costco in an amount that is fair and reasonable under the circumstances in excess of Twenty-Five Thousand Dollars ($25,000.00), plus costs, interest, attorney's fees and for such other and further relief as this Court deems reasonable and proper.

Respectfully Submitted,

**GOLDBLATT & SINGER, P.C.**

*/s/ Christopher S. Saracino, Jr.*
Christopher S. Saracino, Jr. #70345
csaracino@stlinjurylaw.com
8182 MARYLAND AVE- SUITE 801
ST. LOUIS, MO 63105
(314) 231-4100 – OFFICE
(314) 241-5078 – Facsimile
*ATTORNEY FOR PLAINTIFF*

2511-CC01250

Electronically Filed - St Charles Circuit Div - September 09, 2025 - 03:14 PM

**IN THE ELEVENTH JUDICIAL CIRCUIT, ST CHARLES COUNTY, MISSOURI**

| Judge or Division: | **Case Number:** |
|---|---|
| Plaintiff:<br>JANET SENDLEIN | Defendant:<br>COSTOCO WHOLESALE CORPORATION AND JOHN DOE |

(Date File Stamp)

# REQUEST FOR APPOINTMENT OF SPECIAL PROCESS SERVER

Comes now Plaintiff Janet Sendlein, pursuant to Local Court Rule 4.2.1 and at his/her/its own risk, requests the appointment of:

| Name of Process Server | Address | Telephone |
|---|---|---|
| Scott Biondo Consulting/Dave Conder | 404 Jungerman, St. Peters, MO 63376 | (314) 397-0952 |
| | | |

a person(s) of lawful age to serve the summons and petition in this cause on the below named parties. This appointment as special process server does not include the authorization to carry a concealed weapon in the performance thereof.

**SERVE:**
Costco Wholesale Corporation
c/o Registered Agent CT Corporation System
Name
120 South Central Avenue
Address
Clayton, MO 63105
City/State/Zip

**SERVE:**
Name
Address
City/State/Zip

**Appointed as requested:**

**Cheryl Crowder,**

**Circuit Clerk**

**By** ______________________ **Date** ______________________

Deputy Clerk

Electronically Filed - St Charles Circuit Div - September 09, 2025 - 03:14 PM

Electronically Filed - St Charles Circuit Div - September 09, 2025 - 03:14 PM

IN THE ELEVENTH JUDICIAL CIRCUIT COURT
ST. CHARLES COUNTY, MISSOURI

## SPECIAL PROCESS SERVER AFFIDAVIT

I, DAVID CONDER, being duly sworn and upon his/her oath states that I meet all of the following qualification as Special Process Server:

(1) Be at least eighteen (18) years of age;

(2) Be a citizen of the United States of America;

(3) Have a high school diploma or equivalent;

(4) Not have pled guilty to or been convicted of a felony or a misdemeanor involving moral turpitude;

(5) Not be a fugitive from justice or currently charged with a felony or a misdemeanor involving moral turpitude;

(6) Not be related to or employed by a party in the action;

(7) Not have been disqualified to act as a special process server within the preceding twelve (12) months, and;

(8) If service is to be made outside the State of Missouri, authorized to serve process in the jurisdiction in which it is to be served.

Any application for the appointment of a special process server shall be in writing, shall be at the risk and cost of the party making the application and shall
state that the person to be appointed is qualified to serve process, is a private person over 18 years of age and not a party to the action. If service is sought and
served by a private person, the private person shall endorse the private person's return thereon and the return shall be by affidavit.

[signature]
Special Process Server Signature

**STATE OF MISSOURI** )
) ss.
**COUNTY OF ST. CHARLES** )

I DAVID CONDER, of lawful age, upon being duly sworn on oath, deposes and states that the facts contained in the foregoing Affidavit are true and accurate according to his/her best knowledge, information and belief, and that he/she signs same as his/her free and voluntary act and deed.

______________________

SUBSCRIBED and sworn to before me this 13 day of June, 2024.

[signature]
Notary Public/Deputy Clerk

My commission expires (Notary): or State Seal (Deputy Clerk):

JANE CONDER
Notary Public - Notary Seal
State of Missouri
Commissioned for St. Louis County
My Commission Expires: March 15, 2027
Commission Number: 15390721

**2511-CC01250**

Electronically Filed - St Charles Circuit Div - September 09, 2025 - 03:14 PM

**IN THE ELEVENTH JUDICIAL CIRCUIT, ST CHARLES COUNTY, MISSOURI**

| Judge or Division: | **Case Number:** | |
|---|---|---|
| Plaintiff: JANET SENDLEIN | Defendant: COSTOCO WHOLESALE CORPORATION AND JOHN DOE | (Date File Stamp) |

# REQUEST FOR APPOINTMENT OF SPECIAL PROCESS SERVER

Comes now Plaintiff Janet Sendlein, pursuant to Local Court Rule 4.2.1 and at his/her/its own risk, requests the appointment of:

| Name of Process Server | Address | Telephone |
|---|---|---|
| Scott Biondo Consulting/Dave Conder | 404 Jungerman, St. Peters, MO 63376 | (314) 397-0952 |
| | | |

a person(s) of lawful age to serve the summons and petition in this cause on the below named parties. This appointment as special process server does not include the authorization to carry a concealed weapon in the performance thereof.

| **SERVE:** | **SERVE:** |
|---|---|
| Name: Costco Wholesale Corporation c/o Registered Agent CT Corporation System | Name: |
| Address: 120 South Central Avenue | Address: |
| City/State/Zip: Clayton, MO 63105 | City/State/Zip: |

**Appointed as requested:**

**Cheryl Crowder,**

**Circuit Clerk**

ALL RISKS TO REQUESTING PARTY SO APPOINTED:

**By** /S/ Cheryl Crowder 2:22 pm, Sep 11, 2025 **Date** ______

Deputy Clerk

Electronically Filed - St Charles Circuit Div - September 09, 2025 - 03:14 PM

Electronically Filed - ST CHARLES CIRCUIT DIV - September 12, 2025 - 02:57 PM

IN THE CIRCUIT COURT OF ST. CHARLES COUNTY
STATE OF MISSOURI

| | | |
|---|---|---|
| JANET SENDLEIN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Cause No. 2511-CC01250 |
| v. | ) | |
| | ) | |
| COSTCO WHOLESALE CORPORATION, | ) | |
| | ) | |
| Serve Registered Agent at: | ) | |
| | ) | |
| **CT Corporation System** | ) | |
| **120 South Central Avenue** | ) | |
| **Clayton, Missouri 63105** | ) | |
| | ) | |
| John Doe | ) | |
| | ) | |
| **Serve: Hold Service** | ) | |
| | ) | |
| Defendant. | ) | |

**REQUEST FOR SUMMONS**

COMES NOW, Plaintiff Janet Sendlein, by and through undersigned counsel, and hereby requests a **Summons** be issued for service upon **Costco Wholesale Corporation through Registered Agent CT Corporation at 120 South Central Avenue, Clayton, Missouri 63105 and** to be served by Scott Biondo Consulting/Dave Conder 404 Jungermann, St. Louis, MO 63376.

.

**GOLDBLATT + SINGER**

*/s/ Christopher S. Saracino*
Christopher S. Saracino, Jr. #70345
8182 Maryland Ave., Ste. 801
Clayton, MO 63105
(314) 231-4100 Telephone
(314) 241-5078 Facsimile
csaracino@stlinjurylaw.com
Attorneys for Plaintiff

# Summons in Civil Case

IN THE 11TH JUDICIAL CIRCUIT, ST. CHARLES COUNTY, MISSOURI

| | | |
|---|---|---|
| Judge or Division:<br>DEBORAH JEAN ALESSI | **Case Number: 2511-CC01250** | |
| Plaintiff/Petitioner:<br>JANET SENDLEIN<br>vs. | Plaintiff's/Petitioner's Attorney/Address<br>CHRISTOPHER STEPHEN SARACINO<br>GOLDBLATT + SINGER<br>8182 MARYLAND AVENUE<br>SUITE 801<br>ST LOUIS, MO 63105 | |
| Defendant/Respondent:<br>COSTCO WHOLESALE CORPORATION | Court Address:<br>300 N 2ND STREET<br>SAINT CHARLES, MO 63301 | |
| Nature of Suit:<br>CC Pers Injury-Other | | (Date File Stamp for Return) |

**The State of Missouri to: COSTCO WHOLESALE CORPORATION**
**Alias:**

**120 SOUTH CENTRAL AVENUE**
**CLAYTON, MO 63105**

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

***COURT SEAL OF***

***ST. CHARLES COUNTY***

15-SEP-2025
Date

/S/ CHERYL CROWDER
Clerk

**Further Information:**

**Officer's or Server's Return**

**Note to serving officer**: Service should be returned to the court within 30 days after the date of issue.

I certify that I have served the above Summons by: (check one)

☐ delivering a copy of the summons and petition to the defendant/respondent.

☐ leaving a copy of the summons and petition at the dwelling house or usual place of abode of the defendant/respondent with ________________________________, a person at least 18 years of age residing therein.

☐ (for service on a corporation) delivering a copy of the summons and petition to:
____________________________________ (name) ________________________ (title).

☐ other: ______________________________________________________________.

Served at ____________________________________________________________ (address)
in ___________________________ (County/City of St. Louis), MO, on ________________ (date)
at ____________ (time).

| ____________________________________ | ____________________________________ |
|---|---|
| Printed Name of Officer or Server | Signature of Officer or Server |

**Must be sworn before a notary public if not served by an authorized officer.**
Subscribed and sworn to before me on ________________________ (date).

*(Seal)*

My commission expires: ________________ ________________________
Date Notary Public

**Service Fees (if applicable)**

| | |
|---|---|
| Summons | $____________ |
| Non Est | $____________ |
| Sheriff's Deputy Salary | |
| Supplemental Surcharge | $ 10.00 |
| Mileage | $____________ (______ miles @ $.______ per mile) |
| **Total** | **$____________** |

A copy of the summons and petition must be served on **each** defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

STATE OF MISSOURI )
) ss.
ST. CHARLES COUNTY, MISSOURI )

IN THE CIRCUIT COURT OF ST. CHARLES COUNTY, MISSOURI

**NOTICE OF ALTERNATIVE DISPUTE RESOLUTION SERVICES**

Pursuant to Missouri Supreme Court Rule 17, the Circuit Court of St. Charles County, Missouri (Eleventh Judicial Circuit) has adopted a local rule to encourage voluntary alternative dispute resolution. The purpose of the rule and the program it establishes is to foster timely, economical, fair and voluntary settlements of lawsuits without delaying or interfering with a party's right to resolve a lawsuit by trial.

This program applies to all civil actions other than cases in the small claims, probate and family court divisions of the Circuit Court, and you are hereby notified that it is available to you in this case.

The program encourages the voluntary early resolution of disputes through mediation. Mediation is an informal non-binding alternative dispute resolution process in which a trained mediator facilitates discussions and negotiations among the parties to help them resolve their dispute. The mediator is impartial and has no authority to render a decision or impose a resolution on the parties. During the course of the mediation, the mediator may meet with the parties together and separately to discuss the dispute, to explore the parties' interests, and to stimulate ideas for resolution of the dispute.

A list of mediators approved by the court and information regarding their qualifications is kept by the Circuit Clerk's Office. If all parties to the suit agree to mediation, within ten days after they have filed the Consent to Mediation Form on the reverse side of this page with the Clerk of the Court, they shall jointly select from that list a mediator who is willing and available to serve. If the parties cannot agree upon the mediator to be selected, the Court will make the selection.

The full text of the Circuit Court's local court rules, including Rule 38 Alternative Dispute Resolution, is available from the Clerk of the Circuit Court or at: http://www.courts.mo.gov/hosted/circuit11/Documents/LOCAL_COURT_RULES.pdf

A copy of this Notice is to be provided by the Clerk of the Circuit Court to each of the parties initiating the suit at the time it is filed, and a copy is to be served on each other party in the suit with the summons and petition served on that party.

STATE OF MISSOURI )
) ss.
ST. CHARLES COUNTY, MISSOURI )

IN THE CIRCUIT COURT OF ST. CHARLES COUNTY, MISSOURI

______________________________ )
Plaintiff(s), )
)
vs. ) Cause #____________________
)
______________________________ )
Defendant(s). )

**CONSENT TO MEDIATION FORM**

I, the undersigned counsel of record in this case, hereby certify that I have discussed the subject of mediation under the Court's Alternative Dispute Resolution Program with my client(s) in this case and that:

_____ We believe that mediation would be helpful in this case and consent to the referral of the case to mediation upon the filing of similar consents by all other parties in the case.

_____ We do not consent to the referral of this case to mediation.

______________________________
Signature

______________________________
(Print Name)

Attorney for:

______________________________
(Party or Parties)

Date: ________________________

Electronically Filed - ST CHARLES CIRCUIT DIV - September 23, 2025 - 04:23 PM

# Summons in Civil Case

IN THE 11TH JUDICIAL CIRCUIT, ST. CHARLES COUNTY, MISSOURI

| | | |
|---|---|---|
| Judge or Division:<br>DEBORAH JEAN ALESSI | **Case Number: 2511-CC01250** | |
| Plaintiff/Petitioner:<br>JANET SENDLEIN<br>vs. | Plaintiff's/Petitioner's Attorney/Address<br>CHRISTOPHER STEPHEN SARACINO<br>GOLDBLATT + SINGER<br>8182 MARYLAND AVENUE<br>SUITE 801<br>ST LOUIS, MO 63105 | |
| Defendant/Respondent:<br>COSTCO WHOLESALE CORPORATION | Court Address:<br>300 N 2ND STREET<br>SAINT CHARLES, MO 63301 | |
| Nature of Suit:<br>CC Pers Injury-Other | | (Date File Stamp for Return) |

**The State of Missouri to: COSTCO WHOLESALE CORPORATION**
**Alias:**

**120 SOUTH CENTRAL AVENUE**
**CLAYTON, MO 63105**

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

***COURT SEAL OF***

***ST. CHARLES COUNTY***

15-SEP-2025
Date

/S/ CHERYL CROWDER
Clerk

**Further Information:**

Electronically Filed - ST CHARLES CIRCUIT DIV - September 23, 2025 - 04:23 PM

Case Number: 2511-CC01250

## Officer's or Server's Return

**Note to serving officer**: Service should be returned to the court within 30 days after the date of issue.

I certify that I have served the above Summons by: (check one)

☐ delivering a copy of the summons and petition to the defendant/respondent.

☐ leaving a copy of the summons and petition at the dwelling house or usual place of abode of the defendant/respondent with __________, a person at least 18 years of age residing therein.

☒ (for service on a corporation) delivering a copy of the summons and petition to:
TRACI McMANN (name) CT Corp Reg Agt (title).

☐ other: __________.

Served at 5661 B Telegraph STLMO 63129 (address)
in STLouis (County/City of St. Louis), MO, on 9-18-2025 (date)
at 10:51AM (time).

DAVID CONDER 315 — Printed Name of Officer or Server

[signature] — Signature of Officer or Server

JANE CONDER
Notary Public - Notary Seal
State of Missouri
Commissioned for St. Louis County
My Commission Expires: March 15, 2027
Commission Number: 15390721
(Seal)

**Must be sworn before a notary public if not served by an authorized officer.**
Subscribed and sworn to before me on 9-18-25 (date).
My commission expires: 3-15-27 (Date) [signature] (Notary Public)

**Service Fees (if applicable)**

| | |
|---|---|
| Summons | $______ |
| Non Est | $______ |
| Sheriff's Deputy Salary | |
| Supplemental Surcharge | $ 10.00 |
| Mileage | $______ (____ miles @ $.____ per mile) |
| **Total** | $______ |

A copy of the summons and petition must be served on **each** defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.